**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 09 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ACHILLE PINTO S.p.A. and
FRANCO FERRARI S.R.L.,

                Plaintiffs,      DEFAULT JUDGMENT

-against-                    No. 09cv2468 (RJD)(ALC)

ITALIAN ACCESSORY NETWORK
(I.A.N.), INC. and JAY CAMPBELL,

                Defendants.
-----------------------------------------------------------X

     The summons and complaint in this action having been duly served on defendant Italian Accessory Network (I.A.N.), Inc. by service upon the Office of the Secretary of State of the State of New York on July 3, 2009, and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

     NOW, on motion of William M. Brodsky, the attorney for the plaintiff, it is hereby

     ORDERED and ADJUDGED that plaintiffs, Achille Pinto S.p.A. and Franco Ferrari S.R.L, recover of Italian Accessory Network (I.A.N.), Inc., the defendant, with its principal office at 565 Plandome Road 155, Manhassett, New York 11030, the sum of $172,485, the amount claimed, plus interest ~~in the sum of $~~ _to be calculated by the Clerk_ _____, with $548.26 costs and disbursements, amount in all to the sum of $ _as calculated_, plus interest at the legal rate in effect on the date of this judgment; and that plaintiffs have execution therefor.

     Dated: Brooklyn, New York
             October 8, 2009

                                                By: s/Raymond Dearie

_Refer to judgment clerk for calculations + entry of final judgment_
_RJD, USDJ_